Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 5:10-cv-05140-LHK** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)** |
| **FREDIS NOEL BONILLA, et al.** | |
| **Defendants.** | |

**TO THE HONORABLE LUCY H. KOH, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Case Management Conference in this action, presently set for Wednesday, February 16, 2011 at 2:00 p.m. This request will be, and is, necessitated by the fact that defendants Fredis Noel Bonilla, individually and d/b/a Tacos Choice Mexican Food; and Choice Group Enterprise Inc. an unknown business entity d/b/a Tacos Choice Mexican Food are in default and Plaintiff's Application for Default Judgment is currently pending before this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Case Management Conference presently scheduled for Wednesday, February 16, 2011 at 2:00 p.m. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

Respectfully submitted,

Dated: February 8, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

1

## ORDER (~~Proposed~~)

2

3      It is hereby ordered that the Case Management Conference in civil action number 5:10-cv-05140-

4  LHK styled *J & J Sports Productions, Inc. v. Fredis Noel Bonilla, et al.*, is hereby vacated.

5          Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6  Certification of Service of this Order with the Clerk of the Court.

7

8

9

10 **IT IS SO ORDERED**:

11

12

13  _____          Dated:_____
                                                      February 10, 2011
14 **THE HONORABLE LUCY H. KOH**
   **United States District Court**
15 **Northern District of California**

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///